1 James Johnson, Petitioner v. Department of Safety for the City and County of Denver, Respondent No. 21SC912
Supreme Court of Colorado, En Banc
August 15, 2022

 Court
 of Appeals Case No. 19CA2041

 Petition
 for Writ of Certiorari DENIED.

 JUSTICE SAMOUR would grant as to the following issue:

[REFRAMED] Whether the Board abused its discretion by
 substituting its own evidentiary or intermediate findings of
 fact, either where the Hearing Officer hadn't made
 findings on the underlying issue or had made findings
 supported by substantial evidence, despite the Board's
 own rules and precedent, Career Service Rules, and judicial
 precedent.